| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| **United States District Court, Northern District of Illinois** | | | | |
| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | | |
| CASE NUMBER | 07 C 6951 | | DATE | December 14, 2007 |
| CASE TITLE | Prentiss L. Allison v. National Agents Alliance | | | |

**DOCKET ENTRY TEXT**

This matter is before the court on plaintiff's application to proceed in forma pauperis. The federal in forma pauperis statute is designed to insure that indigent litigants have meaningful access to the federal courts. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). To that end, the statute allows a litigant to pursue a case in federal court without fees and costs provided the litigant submits an affidavit asserting an inability "to pay such costs or give security therefor," and the action is neither frivolous nor malicious. 28 U.S.C. § 1915. Having carefully reviewed plaintiff's application, this court denies the application to proceed in forma pauperis [3].

Docketing to mail notices.