## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6951 | **DATE** | December 21, 2007 |
| **CASE TITLE** | Allison vs. National Agents Alliance | | |

**DOCKET ENTRY TEXT:**

For all of the foregoing reasons, plaintiff's motion to proceed in forma pauperis [3] is denied. Plaintiff must pay the $150.00 filing fee by January 21, 2008 or the complaint with be dismissed.

■ [ For further details see text below.]   Docketing to mail notices.

### STATEMENT

    This matter is before the court on the application of plaintiff, Prentiss Allison, to proceed in forma pauperis. For the following reasons, plaintiff's motion to proceed in forma pauperis is denied.

    The federal in forma pauperis statute is designed to insure that indigent litigants have meaningful access to the federal courts. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). To that end, the statute allows a litigant to pursue a case in federal court without fees and costs provided the litigant submits an affidavit asserting an inability "to pay such costs or give security therefore," and the action is neither frivolous nor malicious. 28 U.S.C. § 1915. With these standards in mind, we turn now to the plaintiff's petition.

    Having carefully reviewed plaintiff's application, we are not satisfied that plaintiff meets the financial criteria necessary to forego payment of the $150 filing fee. Plaintiff's wife is currently employed and receives a salary of $ 30,000 per year. Thus, plaintiff's household has the funds necessary to pay the $ 150 filing fee should plaintiff choose to do so. Therefore, plaintiff is not entitled to proceed in forma pauperis.

    For all of the foregoing reasons, plaintiff's motion to proceed in forma pauperis is denied. Plaintiff must pay the $150 filing fee by January 21, 2008 or the Complaint will be dismissed.

    It is so ordered.

                                                         */s/ Wayne R. Andersen*
                                                            Wayne R. Andersen
                                                          United States District Court

Dated: December 21, 2007